**2013–0090. State ex rel. Evans v. Marshall.**
In Mandamus and Procedendo. Reported at 134 Ohio St.3d 1505, 2013-Ohio-1123, 984 N.E.2d 1100. On

motion for reconsideration. Motion denied. Motion to clarify facts and designation of parties denied as moot.